CHARLES GOLDMAN v. INSURANCE COMPANY OF NORTH AMERICA.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ABRAHAM LEICHTAG v. REALTY ASSOCIATES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUDSON TRADING COMPANY v. AUGUSTO DURAND, Impleaded, etc.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELSIE WOERZ, an Infant, etc., v. HATTIE ROSENFELD and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ORMSBY McHARG v. COMMONWEALTH FINANCE CORPORATION and Others. — Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILL C. YOUNG v. YOUNG-PIERCE OIL COMPANY and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MONTROSE W. THORNTON v. FIRST AFRICAN METHODIST EPISCOPAL BETHEL CHURCH, INC., etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUYLER'S v. BROADWAY-JOHN STREET CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GRAND ART FLOWER COMPANY, INC., v. JOSEPH MARKOVITS.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of SAMUEL GOLDSTEIN, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED STATES TRANSPORT, IMPORT & EXPORT COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. RASSEL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THEODORE F. CLARK and Another, Respondents, v. LANGDON HARRISS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. GOLDSMITH and Others, Trustees in Bankruptcy of FISS,